NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000852
12-JAN-2015
03:35 PM

NO. CAAP-14-0000852

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CHRISTY FERNANDEZ, Plaintiff-Appellee, v.
OLIVER K.J. FERNANDEZ, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-D NO. 12-1-0161)

ORDER GRANTING THE DECEMBER 22, 2014
MOTION FOR WITHDRAWAL OF NOTICE OF APPEAL AND DISMISSAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the Motion for Withdrawal of Notice of Appeal and Dismissal, filed on December 22, 2014, by Defendant-Appellant Oliver K.J. Fernandez (**Appellant**), and the record, and noting no opposition, it appears that Appellant seeks to dismiss the appeal.

IT IS HEREBY ORDERED that the motion is granted, and the appeal is dismissed. The parties shall bear their own appellate fees and costs.

DATED: Honolulu, Hawai'i, January 12, 2015.

Chief Judge

Associate Judge

Associate Judge